IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHAD NETHERY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LITHIA MOTORS, INC., and<br>LITHIA CDH, INC.,<br><br>　　　　Defendants. | CV 23–20–M–DLC<br><br><br>ORDER |

   Before the Court is Plaintiff Chad Nethery's Notice of Voluntary Dismissal Pursuant to Rule 41. (Doc. 8.) Plaintiff provides notice that the above-captioned matter is voluntarily dismissed, without prejudice, pursuant to FED. R, CIV. P. 41(a)(1)(A)(i). (*Id.*) Defendants have not filed an answer or moved for summary judgment.

   Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITHOUT PREJUDICE, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

   DATED this 22nd day of August, 2023.

/s/ Dana L. Christensen
_____
Dana L. Christensen, District Judge
United States District Court

1